## Return of Service

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

Securities and Exchange Commission
   Plaintiff

Case Number: 1:25cv09505-AKH

vs.

Supreme Power Capital Management Ltd.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Supreme Power Capital Management Ltd at One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231.

I, Edward Bowmaker, being duly sworn, depose and say that on November 21, 2025 at or about 2:55 PM I served Summons in a Civil Action; Complaint; and Certificate of Incorporation personally to Yvette Hawkins as agent of Supreme Power Capital Management Ltd. Service occurred at New York Secretary of State, One Commerce Plaza, 99 Washington Avenue 6th Floor Albany, NY 12231.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

*Edward Bowmaker*  11/24/25
Edward Bowmaker          Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-152229
Reference: 26-BRO-001